THE PEOPLE *ex rel.* STEPHEN A. JOHNSON, Petitioner-Appellant, *v.* RICHARD J. ELROD, Sheriff of Cook County, Respondent-Appellee.

(No. 57336;

First District (2nd Division)—April 17, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for appellee.